# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN HEATH CARPENTER

VERSUS

ERIN MARIE MCDONALD

NO.  2019 CW 0919

**MAY 12, 2021**

---

In Re:    Erin Marie McDonald, applying for rehearing, 20th Judicial District Court, Parish of East Feliciana, No. 41308.

---

**BEFORE:  PENZATO AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT